

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 18  A 10: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM HENDERSON, POSTMASTER GENERAL | SECTION "N" |

### ORDER OF REFERENCE TO U.S. MAGISTRATE

IT IS ORDERED that, in accordance with Rule 19E of the Rules of this Court, this cause be referred to a United States Magistrate for the Eastern District of Louisiana, for the purpose(s) designated below:

1. ___    NON-DISPOSITIVE MOTION or other pre-trial matter be referred for Hearing and Determination pursuant to 28 U.S.C. 636(b)(1)(A):_____

2. ___    MOTION as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B):

    ___ for injunctive relief
    ___ for summary judgment
    ___ for judgment on the pleadings
    ___ to dismiss or quash indictment or information
    ___ to suppress evidence in a criminal case
    ___ to dismiss or permit maintenance of a class action
    ___ to dismiss for failure to state a claim
    ___ to involuntarily dismiss

3. ___    HABEAS CORPUS PETITION OR MOTION TO VACATE SENTENCE for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules governing 2255 cases.

DATE OF ENTRY  JAN 18 2000

Fee_____
Process_____
X Dktd._____
___ CtRmDep_____
Doc.No._____

4. ___    TO SERVE AS A SPECIAL MASTER, upon consent of the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations, in accordance with the provisions of 28 U.S.C. 636(b)(2) and Rule 53 F.R.C.P.:_____

5. ___    TO SERVE AS A SPECIAL MASTER to hear and determine the following matter and to file a Report including Findings and Recommendations in accordance with the provisions of Rule 53 F.R.C.P.:_____

6. ___    PAUPER CASE for:

    ___    Determination re: leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915(a).

    ___    Finding and Recommendation re: dismissal of complaint as "frivolous or malicious," pursuant to 28 U.S.C. 1915(d).

7. ___    SOCIAL SECURITY CASE referred for hearing and for submission of Findings and Recommendations.

8. _Xx_    TITLE VII CASE, not scheduled for trial within 120 days after issue was joined, referred pursuant to 42 U.S.C. 2000e-5(f)(5) and Rule 53, F.R.C.P.

Dated at New Orleans, Louisiana, this _14_ day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

ALLOTTED AND REFERRED TO
U.S. MAGISTRATE JUDGE WILKINSON