

2000v00066cp

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON, POSTMASTER GENERAL** | * | MAGISTRATE WILKINSON |
| | * * * | |

### MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT** comes defendant, William J. Henderson, Postmaster General, through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court for an extension of time of twenty (20) days, pursuant to Rule 7.9E of the Uniform District Court Rules, within which to answer or otherwise plead to Plaintiff's Complaint.

No previous extensions of time have been requested by Defendant, nor has the opposing party filed into the record an objection to an extension of time as to the said Defendant.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to Defendant are hereby waived by the filing of this pleading.

DATE OF ENTRY
MAR 2 7 2000



**WHEREFORE**, Mover, William J. Henderson, Postmaster General, respectfully requests that an extension of time from March 31, 2000, up to and including April 20, 2000, be granted for filing his responsive pleadings.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

SANDRA E. GUTIERREZ
Assistant United States Attorney
LA Bar Roll No. 17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 24th day of March 2000.

SANDRA E. GUTIERREZ
Assistant United States Attorney

2000v00066cp

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | **CIVIL ACTION** |
| | * | **NUMBER: 00-0114 "N" (2)** |
| v. | | |
| | * | **JUDGE CLEMENT** |
| **WILLIAM J. HENDERSON, POSTMASTER GENERAL** | * | **MAGISTRATE WILKINSON** |
| | * * * | |

## ORDER

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED** that William J. Henderson, Postmaster General, Defendant herein, be and is **GRANTED** an extension of time of twenty (20) days from March 31, 2000, up to and including April 20, 2000, in which to file his responsive pleadings.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this _24_ day of March 2000.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE