

MINUTE ENTRY
WILKINSON, M.J.
MARCH 27, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | SECTION "N" (2) |

A preliminary conference is hereby **SCHEDULED** in this matter on **April 24, 2000 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at (504) 589-7630.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 2 8 2000

Fee_____
Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____