```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2000 SEP -7 PM 3:27

                                                 LORETTA G. WHYTE
                                                      CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | **CIVIL ACTION** |
| | * | **NUMBER: 00-0114 "N" (2)** |
| v. | | |
| | * | **JUDGE CLEMENT** |
| **WILLIAM J. HENDERSON,** | * | **MAGISTRATE WILKINSON** |
| **POSTMASTER GENERAL** | | |
| | * * * | |

### JOINT MOTION FOR EXTENSION OF
### MOTION FOR SUMMARY JUDGMENT CUTOFF DATES

**NOW INTO COURT** come defendant, William J. Henderson, Postmaster General, through the undersigned Assistant United States Attorney, and the plaintiff, Reshone Stewart, through her counsel of record, who respectfully request this Honorable Court to extend the cutoff date for filing Defendant's motion for summary judgment from September 26, 2000, to October 31, 2000, and to extend the cutoff date for filing Plaintiff's opposition to Defendant's motion from November 9, 2000, to December 5, 2000.

DATE OF ENTRY
SEP 1 1 2000

The parties, through their attorneys of record, discussed this extension request with the Court's law clerk via telephone on September 1, 2000.

**WHEREFORE**, Movers respectfully request that an extension of the motion for summary judgment cutoff dates be granted as prayed for herein.

> Respectfully submitted,
>
> **EDDIE J. JORDAN, JR.**
> **UNITED STATES ATTORNEY**
>
> **SANDRA E. GUTIERREZ**
> **Assistant United States Attorney**
> LA Bar Roll No. 17888
> Hale Boggs Federal Building
> 501 Magazine Street, 2nd Floor
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3124

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 7th of September 2000.

> SANDRA E. GUTIERREZ
> Assistant United States Attorney

2000v00066cp

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** | * | MAGISTRATE WILKINSON |
| **POSTMASTER GENERAL** | | |

* * *

## ORDER

Considering the foregoing **Joint Motion for Extension of Motion for Summary Judgment Cutoff Dates**,

**IT IS HEREBY ORDERED** that the cutoff date for the filing of Defendant's motion for summary judgment shall be extended from September 26, 2000, to October 31, 2000, and the cutoff date for filing Plaintiff's opposition to Defendant's motion shall be extended from November 9, 2000, to December 5, 2000.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this _____ day of September 2000.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE