FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 30 AM 10: 40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** **POSTMASTER GENERAL** | * | MAGISTRATE WILKINSON |
| | * * * | |

### JOINT MOTION FOR EXTENSION OF
### MOTION FOR SUMMARY JUDGMENT CUTOFF DATE

**NOW INTO COURT** come defendant, William J. Henderson, Postmaster General, through the undersigned Assistant United States Attorney, and the plaintiff, Reshone Stewart, through her counsel of record, who respectfully request this Honorable Court to extend the cutoff date for filing Defendant's motion for summary judgment from October 31, 2000 to November 21, 2000.

The parties have been struggling to complete discovery and have been amicably attempting to resolve conflicts, and therefore need the additional time within which to complete the outstanding discovery.

DATE OF ENTRY

NOV 1 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 13

**WHEREFORE**, Movers respectfully request that an extension of the Defendant's motion for summary judgment cutoff dates be granted as prayed for herein.

        Respectfully submitted,

        **EDDIE J. JORDAN, JR.**
        **UNITED STATES ATTORNEY**

        **SANDRA E. GUTIERREZ**
        **Assistant United States Attorney**
        LA Bar Roll No. 17888
        Hale Boggs Federal Building
        501 Magazine Street, 2nd Floor
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3124

and

        **J. COURTNEY WILSON**
        LA Bar Roll No. 13561
        210 Baronne, 2nd Floor
        New Orleans, Louisiana 70112

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 27th of October 2000.

                                          SANDRA E. GUTIERREZ
                                          Assistant United States Attorney

2000v00066cp

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** **POSTMASTER GENERAL** | * | MAGISTRATE WILKINSON |
| | * * * | |

### O R D E R

Considering the foregoing **Joint Motion for Extension of Motion for Summary Judgment Cutoff Date,**

**IT IS HEREBY ORDERED** that the cutoff date for the filing of Defendant's motion for summary judgment shall be extended from October 31, 2000, to November 21, 2000, *and the opposition must be filed no later than December 18, 2000.*

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this _31st_ day of October 2000.

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**