FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -8 PM 4: 18

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 8, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM J. HENDERSON | SECTION "N" (2) |

At the request of all counsel, a status conference was conducted on this date. Participating via telephone were Courtney Wilson, representing plaintiff, and Sandra Gutierrez, representing defendant. Counsel advised that they require additional time to complete discovery, submit dispositive motions and otherwise prepare for trial. Alternative dates that would provide a short continuance were discussed. Counsel were directed to file an appropriate motion. Until the motion is filed, the current schedule remains unaltered.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 0 9 2000