

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** | * | MAGISTRATE WILKINSON |
| **POSTMASTER GENERAL** | | |
| | * * * | |

## JOINT MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through undersigned counsel, come all parties, who move this Honorable Court to continue the trial in this matter, based upon the following:

1.

By order of this Court, the above-referenced matter has been set for trial on January 29, 2001. *See* Rec. Doc. 7. By this same order, a final pre-trial conference is presently set for January 16, 2001. *See* Rec. Doc. 7.

-1-

DATE OF ENTRY
DEC 8 2000



**2.**

After consultation with the respective clients, undersigned counsel sought and received a status conference with the Court to discuss the continuance of the trial in this matter.

**3.**

A telephone conference was held on November 8, 2000, with the Court and undersigned. The new jury trial date is March 5, 2001, and the new pre-trial conference date is February 22, 2001.

**4.**

In accordance with this Court's previous scheduling order the following deadlines were set and are now suggested: (1) witness and exhibit lists are to be filed by December 22, 2000; (2) all written discovery, between the parties, must be served by December 22, 2000; (3) the deposition cut-off date is January 22, 2001; (4) all dispositive motions must be filed by Defendant no later than December 20, 2000; (5) Plaintiff's opposition to any dispositive motion must be filed no later than January 19, 2001; (6) Plaintiff's expert reports are to be filed by February 7, 2001; and (7) Defendant's expert reports are to be filed by February 14, 2001.

**5.**

The parties have been informed of this consent motion to continue the current trial date by their respective counsel and will be provided a copy of the instant motion.

**Wherefore**, Movers pray that this motion be granted and that the new trial date and stated deadlines be hereby ordered.

Respectfully Submitted,

**EDDIE J. JORDAN, JR.**
**UNITED STATES ATTORNEY**

BY: _____
**SANDRA E. GUTIERREZ**
**Assistant United States Attorney**
LA Bar #17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124

and

_____
**J. COURTNEY WILSON**
LA Bar Roll No. 13561
210 Baronne, 2nd Floor
New Orleans, Louisiana 70112
Telephone: (504) 525-4361

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 6th day of December, 2000.

_____
SANDRA E. GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** | * | MAGISTRATE WILKINSON |
| **POSTMASTER GENERAL** | | |
| | * * * | |

## ORDER

Considering the above and foregoing **Joint Motion to Continue Trial**:

**IT IS HEREBY ORDERED** that the ~~[redacted]~~ motion is GRANTED.

**IT IS FURTHER ORDERED** that the trial be re-set for **March 5, 2001**, with a jury, and that the pre-trial conference be scheduled for **February 22, 2001**, at 2:30 p.m. All new deadlines, as set forth in this motion, shall now be applicable.

**SIGNED IN CHAMBERS** this _____ day of December, 2000, New Orleans, Louisiana.

_____
**UNITED STATES MAGISTRATE JUDGE**