FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 26  PM 4:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** | * | MAGISTRATE WILKINSON |
| **POSTMASTER GENERAL** | | |

* * *

### EX PARTE MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned Assistant United States Attorney, comes defendant, William J. Henderson, Postmaster General, who, upon suggesting to the court that Plaintiff, Reshone Stewart, filed an Opposition to Motion for Summary Judgment in the above-captioned matter on January 22, 2001; and upon further suggesting to the Court that Defendant would like the opportunity to address the arguments and allegations raised by Plaintiff in her opposition memorandum by filing a reply memorandum thereto; and thereby moves the Court for leave to file the attached Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

DATE OF ENTRY
JAN 3 1 2001

___Fee_____
___Process___
_X_Dktd_____
_✓_CtRmDep___
___Doc.No.___

**WHEREFORE,** William J. Henderson, Postmaster General, prays that this Motion be granted and that he be permitted to file the attached Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Respectfully Submitted,

**EDDIE J. JORDAN, JR.**
**UNITED STATES ATTORNEY**

BY:  _____
**SANDRA E. GUTIERREZ**
**Assistant United States Attorney**
LA Bar #17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties to this proceeding by facsimile and by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 26th day of January, 2001.

_____
SANDRA E. GUTIERREZ

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON, POSTMASTER GENERAL** | * | MAGISTRATE WILKINSON |

\* \* \*

**ORDER**

Considering the foregoing **Motion for Leave to file Reply Memorandum**;

**IT IS ORDERED** that the defendant, William J. Henderson, Postmaster General, be and is hereby granted leave to file the attached Reply Memorandum addressing Plaintiff's Opposition to Defendant's Motion to Dismiss and Motion for Summary Judgment in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the attached Reply Memorandum into the record in these proceedings.

SIGNED IN CHAMBERS, New Orleans, Louisiana, this 30th day of January, 2001.

UNITED STATES MAGISTRATE JUDGE