

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -2 PM 2: 32

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 2, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RESHONE M. STEWART                                    CIVIL ACTION

VERSUS                                                NO. 00-114

WILLIAM J. HENDERSON,                                 SECTION "N" (2)
POSTMASTER GENERAL


Defendant received leave to file a supplemental memorandum in support of his

pending motion to dismiss. Record Doc. Nos. 22, 23. However, defendant submitted

new evidence along with his supplemental memorandum. Pursuant to Fed. R. Civ. P.

56(c), plaintiff must be permitted at least ten days to respond to this new evidence.

Accordingly, **IT IS ORDERED** that plaintiff is granted ten (10) days from entry

of this order to submit a supplemental memorandum in opposition to defendant's motion

to dismiss.

DATE OF ENTRY
FEB - 2 2001

___Fee_____
___Process_____
X_ Dktd_____
__ CtRmDep_____
   Doc.No._____

**IT IS FURTHER ORDERED** that defendant will <u>not</u> be granted leave to file any

further memoranda or other materials in support of this motion.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2