FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5 PM 2: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M STEWART | CIVIL ACTION |
| versus | |
| WILLIAM J HENDERSON, POSTMASTER GENERAL | JUDGE CLEMENT<br>MAG. WILKINSON<br>NO. 00-0114 N/2 |

### MOTION AND MEMORANDUM FOR EXPEDITED HEARING

Plaintiff moves for an expedited hearing on her motion for an extension of time in which to file her expert report on the grounds that there is not time to be heard on the regular docket before pending pre-trial deadlines.

**CERTIFICATE OF SERVICE**
I certify a copy of this Pleading was served by mail upon all Counsel of Record
2/4/01  C. Wils——
_____
Attorney at Law

Respectfully submitted,

Courtney Wilson
Courtney Wilson 13561
210 Baronne
New Orleans, La 70112
525-4361

### ORDER

IT IS ORDERED that plaintiff be granted an expedited hearing on her motion on the papers, without oral argument. Written opposition, if any, must by the 7th day of February, 2001. be filed.

New Orleans, La., this 5th day of February, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 6 2001

Fee_____
Process_____
X /Dktd _____
_/CtRmDep _____
Doc.No. 25