FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -6 PM 1:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M STEWART | CIVIL ACTION |
| versus | |
| | JUDGE CLEMENT |
| WILLIAM J HENDERSON, | MAG. WILKINSON |
| POSTMASTER GENERAL | NO. 00-0114 N/2 |

## MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE PLAINTIFF EXPERT REPORT

Plaintiff moves for an extension of time in which to file her expert report, such date to be after the disposition of the pending motion for summary judgment.

One of the rationales for the original scheduling order was to have the motion for summary judgment decided before either party spent money for expert reports. However, the motion is still generating pleadings, but the plaintiff's deadline has passed. Meanwhile, defendant has incurred the expense of an expert examination and submitted that report (1/22/01), subject to the possible amendment noted below.

This unexpected submission raises the possibility that plaintiff might rely on defendant's report and not submit one. However, review suggests there are several points that are inaccurate so that it will be necessary to submit one.

Moreover, defendant's expert states that he cannot "comment on the progress of her therapy" because the notes of plaintiff's treating doctor are brief and difficult to read.

It is respectfully suggested that the purpose of the scheduling order is best served by extending the deadline until after the determination of the pending motion. Therefore, it is moved that the deadline be extended, that the plaintiff's expert report attach a legible copy of her notes, that same be forwarded to defendant's expert, and that defendant's expert "comment on the progress of [plaintiff's] therapy" and otherwise timely complete his report.

Respectfully submitted,

/s/ Courtney Wilson
J. Courtney Wilson 13561
210 Baronne
New Orleans, La 70112
525-4361

**CERTIFICATE OF SERVICE**
I certify a copy of this Pleading was served by mail upon all Counsel of Record
2/6/01 J. C. Wilson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART                         CIVIL ACTION

versus
                                          JUDGE CLEMENT
WILLIAM J HENDERSON,                      MAG. WILKINSON
    POSTMASTER GENERAL                    NO. 00-0114 N/2

### ORDER ON
### MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF EXPERT REPORT

IT IS ORDERED that plaintiff be granted an extension of ____ days until after the final disposition of the expert report in which to file her expert report and that defendant complete its expert report within ____ days thereafter.

New Orleans, La., this ____ day of February, 2001.


                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

*File in the record*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART                    CIVIL ACTION

versus
                                     JUDGE CLEMENT
WILLIAM J HENDERSON,                 MAG. WILKINSON
    POSTMASTER GENERAL               NO. 00-0114 N/2

## NOTICE

PLEASE TAKE NOTICE that plaintiff will bring on her motion for an extension on the 21 day of February, 2001 at 11<sup>a</sup> before the Magistrate.

Respectfully submitted,

J Courtney Wilson
J Courtney Wilson 13561
210 Baronne
New Orleans, La 70112
525-4361

**CERTIFICATE OF SERVICE**
I certify a copy of this Pleading was served by mail upon all Counsel of Record
2/6/01  J.C. Wilson
Attorney at Law