

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 12 AM 8: 36

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 12, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  (1) Defendant's Motion to Dismiss and Motion for Summary Judgment; (2) Plaintiff's Motion for Extension of Time to File Plaintiff Expert Report

O R D E R E D:

 (1) : GRANTED IN PART AND DENIED IN PART. The motion is granted insofar as it asserts that plaintiff suffered no "tangible employment action" as part of the alleged sexual harassment. Thus, any "quid pro quo" claim alleged by plaintiff in this case is dismissed. See Casiano v. AT&T Corp., 213 F.3d 278 (5th Cir. 2000). The motion is denied in all other respects. Material fact disputes requiring trial have been established,

DATE OF ENTRY
FEB 12 2001

Fee_____
Process____
X  Dktd____
___ CtRmDep__
Doc. No._____

including whether plaintiff is entitled to equitable tolling concerning her untimely EEO complaint; whether the actions of plaintiff's supervisor were so severe and pervasive as to constitute an actionable hostile work environment, even absent any tangible employment action; and whether defendant is protected from liability by the affirmative defense recognized in <u>Burlington Indus., Inc. v. Ellerth</u>, 524 U.S. 742 (1998).

_(2)_ : GRANTED, but only as follows. Plaintiff is hereby granted through and including **February 19, 2001** to submit her expert reports in this case. Defendant is granted through and including **February 26, 2001** to submit or supplement his expert reports. The deadline for deposing experts is extended to **March 2, 2001**.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE