

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 12 AM 11: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART        CIVIL ACTION

versus

WILLIAM J HENDERSON,        JUDGE CLEMENT
    POSTMASTER GENERAL        MAG. WILKINSON
       NO. 00-0114 N/2

## MOTION AND MEMORANDUM FOR EXPEDITED HEARING

Plaintiff moves for an expedited hearing on her motion for leave to file witness and exhibit lists because there is not time to be heard on the regular docket before other deadlines.

Respectfully submitted,

J Courtney Wilson 13561
210 Baronne
New Orleans, La 70112
525-4361

**CERTIFICATE OF SERVICE**
I CERTIFY A COPY OF THIS PLEADING WAS SE...
BY MAIL UPON ALL COUNSEL OF RECORD
ATTORNEY AT LAW

## ORDER

IT IS ORDERED that plaintiff be granted an expedited hearing on her motion for leave to file witness and exhibit lists on the record without oral argument. Written opposition, if any, must be filed no later than February 16, 2001.

New Orleans, La., this 12th day of February, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 14 2001

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
Doc.No._____