

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M STEWART | CIVIL ACTION |
| versus | |
| WILLIAM J HENDERSON, POSTMASTER GENERAL | JUDGE CLEMENT<br>MAG. WILKINSON<br>NO. 00-0114 N/2 |

## EX PARTE MOTION AND MEMORANDUM FOR LEAVE TO REPLY

Plaintiff moves for leave to reply to the opposition to the motion for leave to file witness and exhibit list. Plaintiff can demonstrate that defendant is not prejudiced by the motion.

Respectfully submitted,

J Courtney Wilson 13561
210 Baronne
New Orleans, La 70112
525-4361

**CERTIFICATE OF SERVICE**
I CERTIFY A COPY OF THIS PLEADING WAS SERVED BY MAIL UPON ALL COUNSEL OF RECORD

2/19/01 J.C. Wilson
ATTORNEY AT LAW

## ORDER

IT IS ORDERED that plaintiff be permitted to file a Reply.

New Orleans, La, this 20th day of February, 2001.

UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 2 1 2001