FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 21 PM 12: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M STEWART | CIVIL ACTION |
| versus | |
| WILLIAM J HENDERSON,<br>POSTMASTER GENERAL | JUDGE CLEMENT<br>MAG. WILKINSON<br>NO. 00-0114 N/2 |

## R E P L Y

Rather than object, plaintiff gave defendant a detailed answer to an interrogatory seeking all the incidents of harassment with *witnesses* to each. Defendant is not being subjected to trial by ambush. (See attachment to motion.) First, it is suggested that the eight witnesses not on defendant's witness list are covered in some detail in the answer to the interrogatory.

Furthermore, this detailed answer - a virtual, or at least a constructive - witness list was served on October 5, 2000 well before plaintiff's deposition which was completed in two sessions, November 6 and 22, 2000. However, during neither of those sessions did defendant ask what the witnesses identified in the interrogatory might testify.

Prior to the depositions no motion to compel was filed.



Finally, defendant has never indicated any interest in deposing anyone as by blocking out deposition dates in advance.

Defendant also claims that plaintiff is required by the pre-trial order to provide a copy of inserts. There is no such requirement. Inserts were furnished at mid afternoon on Friday, February 16, 2001.

Candidly, there is a lack of full cooperation on the part of the undersigned. However, since defendant has not seemed interested in formal discovery, there should be ample time for defendant to identify the eight witnesses and for plaintiff either to supplement the interrogatory answer or for defendant to inquire of plaintiff at her concluding "damage" deposition on February 23. Following this, defendant should be able to complete informal discovery.

Finally, if the court determine that defendant is prejudiced, plaintiff has no objection to a continuance.

Respectfully submitted,

J Courtney Wilson 13561
210 Baronne
New Orleans, La 70112
525-4361

**CERTIFICATE OF SERVICE**
I CERTIFY A COPY OF THIS PLEADING WAS SERVED
BY MAIL UPON ALL COUNSEL OF RECORD

2/8/0
ATTORNEY AT LAW