FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -7 PM 3:05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART           CIVIL ACTION

versus

WILLIAM J HENDERSON,          JUDGE CLEMENT
     POSTMASTER GENERAL        MAG. WILKINSON
                                          NO. 00-0114 N/2

## PLAINTIFF WITNESS LIST

Plaintiff - Per deposition
Her husband - Emotional distress of plaintiff
Kailas, Indira, M.D.- Emotional distress of plaintiff, Disability.

Any witness listed by defendant
Blackwell, Brenda - complaints by plaintiff; harassment by Pierce
Brooks, Robert - reports via e-mail of plaintiff as troublemaker and efforts to re-assign her
Burrell, Todd - Pierce's biting plaintiff; use of the term "freak", and other harassment of plaintiff
Coleman, Elemuel - complaint of harassment by plaintiff; response of defendant and Pierce; "priors" by Pierce
Domino, Travella - threat by Pierce
Johnson, Melanie - management view of plaintiff as "trouble"
Kirkland, Keith - Pierce's reaction to accusations of sexual harassment
Lucien, Kathleen - harassment by Pierce
Price, Seymore - complaint of harassment by plaintiff; response of defendant and Pierce; "priors" by Pierce
Rowel, Cornell - complaint of harassment by plaintiff; response of defendant and Pierce; harassment by Pierce of plaintiff; "priors" by Pierce
Ruda, Anthony - response to transfer of plaintiff and defendant's reaction
Smith, Rosalyn - harassment of plaintiff by Pierce

___ Fee ___
___ Process ___
_X_ Dktd
___ CtRmDep
Doc.No. 41

Smith, Willie - Pierce's biting plaintiff; "sweet to eat" remark by Pierce to plaintiff; "priors" by Pierce.
Stewart, Stephen - harassment by Pierce; "priors" by Pierce; response of defendant to complaints about Pierce
Watson, Aubrey - transfer of plaintiff; defendant's response to complaints of harassment
Williams, Jesse - travel to hospital with plaintiff and Pierce
Williams, Ray - complaint of harassment by plaintiff; response of defendant and Pierce; remarks to plaintiff by Pierce; "priors" by Pierce

Coleman, Brunetta - surveillance by Pierce

## EXHIBIT LIST

Any exhibit listed by defendant, reserving all objections.
Witness statement, October 1998
All grievances and EEOC charges filed by plaintiff
Letter of Anthony Ruda

Respectfully submitted,

Courtney Wilson 13561
210 Baronne
New Orleans, La. 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served by mail upon all Counsel of Record
3/7/01
Attorney at Law