FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -9  PM 3: 43

LORETTA G. WHYTE
CLERK

# UNITED STATES  DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RESHONE M. STEWART | * | CIVIL ACTION |
| | * | NUMBER:  00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| WILLIAM J. HENDERSON, | * | MAGISTRATE WILKINSON |
| POSTMASTER GENERAL | | |
| | * * * | |

## DEFENDANT'S AMENDED WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through the undersigned Assistant United States Attorney,

comes William J. Henderson, Postmaster General, who respectfully submits this amended

list of witnesses he **may** call and the exhibits he **may** introduce at the trial of this matter.

**I.      Witnesses**.

1.      Aubrey Watson

2.      James Park

3.      Ellen St. Cyr

- 1 -



4.      Arthur Pierce

5.      Brenda Jones

6.      Mae Dunbar

7.      Shirley Francis

8.      Angelic Jett

9.      Rosalyn Smith

10.     Rosalyn Savalia Smith

11.     Ray Williams

12.     Cornell Rowell

13.     Rita Scott

14.     Charles Hamilton

15.     Heidi Dupleises

16.     Reshone Stewart, plaintiff


**II.    Exhibits.**

1.      Plaintiff's personnel file.

2.      Plaintiff's time and attendance records.

3.      Plaintiff's EEO administrative files.

4.      Plaintiff's disciplinary files.

5.    Plaintiff's individual training records.

6.    USPS's sexual harassment policy.

7.    Plaintiff's medical records.

8.    Plaintiff's EAP records.

9.    Organizational chart of the New Orleans main post office.

10.   Plaintiff's injury compensation file.


Respectfully Submitted,

**EDDIE J. JORDAN, JR.**
**UNITED STATES ATTORNEY**


BY: _____
**SANDRA E. GUTIERREZ**
**Assistant United States Attorney**
LA Bar #17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124
Fax: (504) 5893602

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 9th day of March, 2001.

SANDRA E. GUTIERREZ

*Reshone M. Stewart, plaintiff*
*through attorney of record,*
J. Courtney Wilson
First National Bank of Commerce Building
210 Baronne Street, Suite 1800
New Orleans, LA 70112-1720