

```
                    FILED
           U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

           2001 MAR 19 AM 11:55

              LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART                                CIVIL ACTION

versus
                                                 JUDGE CLEMENT
WILLIAM J HENDERSON,                             MAG. WILKINSON
    POSTMASTER GENERAL                         NO. 00-0114 N/2

## PLAINTIFF'S AMENDED AND SUPPLEMENTAL WITNESS AND EXHIBIT LIST

Plaintiff - Per deposition
Her husband - Emotional distress of plaintiff
Kailas, Indira, M.D.- Emotional distress of plaintiff

Any witness listed by defendant
Adams, John - co-worker of plaintiff and Pierce and might he able to testify as to his actions
Blackwell, Brenda - complaints by plaintiff; harassment by Pierce
Brooks, Robert - reports via e-mail of plaintiff as troublemaker and efforts to re-assign her
Brown, Robert - saw Pierce at breezeway when Plaintiff entered (he is also supervisor)
Burrell, Todd - Pierce's biting plaintiff; use of the term "freak", and other harassment of plaintiff
Coleman, Elemuel - complaint of harassment by plaintiff; response of defendant and Pierce; "priors" by Pierce
Domino, Travella - threat by Pierce
Johnson, Melanie - management view of plaintiff as "trouble"
Kirkland, Keith - Pierce's reaction to accusations of sexual harassment
Lucien, Kathleen - harassment by Pierce

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
   Doc.No.___
```

Price, Seymore - complaint of harassment by plaintiff; response of defendant and Pierce; "priors" by Pierce
Rowel, Cornell - complaint of harassment by plaintiff; response of defendant and Pierce; harassment by Pierce of plaintiff; "priors" by Pierce
Ruda, Anthony - response to transfer of plaintiff and defendant's reaction
Smith, Rosalyn - harassment of plaintiff by Pierce at pay station #135
Smith, Rosalyn Sevalia - sex harassment charges against Pierce
Smith, Willie - Pierce's biting plaintiff; "sweet to eat" remark by Pierce to plaintiff; "priors" by Pierce.
Stewart, Stephen - harassment by Pierce; "priors" by Pierce; response of defendant to complaints about Pierce
Watson, Aubrey - transfer of plaintiff; defendant's response to complaints of harassment
Williams, Jesse - travel to hospital with plaintiff and Pierce
Williams, Ray - complaint of harassment by plaintiff; response of defendant and Pierce; remarks to plaintiff by Pierce; "priors" by Pierce
Xochihua, Christina - co-worker, remarks of Pierce.
Erika LNU - saw Pierce at #135

## EXHIBIT LIST

Any exhibit listed by defendant, reserving all objections.
Witness statement, October 1998
All grievances and EEOC charges filed by plaintiff
Letter of Anthony Ruda
Defendant's posted harassment policy

Respectfully submitted,

J Courtney Wilson 13561
210 Baronne
New Orleans, La. 70112
525-4361

CERTIFICATE OF SERVICE
I CERTIFY A COPY OF THIS PLEADING WAS SERVED BY MAIL UPON ALL COUNSEL OF RECORD
FAX 3/16/01 /JC Wilson
ATTORNEY AT LAW