FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 18 PM 12:53

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
April 18, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion to Strike Designation of Expert Witness

O R D E R E D:

__XXX__ :   GRANTED IN PART AND DENIED IN PART. The court will permit Dr. Indira M. Kailas to testify as an expert, if she is so qualified at trial. However, as stated in the court's scheduling order entered on February 20, 2001, Dr. Kailas's expert testimony will be limited to the opinions expressed in her narrative letters dated February 19, 2001 and March 14, 2001, attached to defendant's motion as Exhibits A and B. Record Doc. No. 37.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 19 2001