

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | | |
| | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** | * | MAGISTRATE WILKINSON |
| **POSTMASTER GENERAL** | | |
| | * * * | |

### EX PARTE MOTION FOR LEAVE TO FILE DEFENDANT'S SECOND AMENDED WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned Assistant United States Attorney, comes defendant, William J. Henderson, Postmaster General, who, upon suggesting to the court that Plaintiff, Reshone Stewart, filed an Amended Witness and Exhibit List in the above-captioned matter on March 9, 2001; and upon further suggesting to the Court that Defendant would like the opportunity to add an additional witness: Mack Boyd. Defendant informed Plaintiff of his desire to amend his witness list, and Plaintiff has indicated no opposition to said amendment; and thereby moves the Court for leave to file the attached Defendant's Second Amended Witness and Exhibit List.

DATE OF ENTRY
MAY 4 2001

**WHEREFORE,** William J. Henderson, Postmaster General, prays that this Motion be granted and that he be permitted to file the attached Defendant's Second Amended Witness and Exhibit List.

                                Respectfully Submitted,

                                **JIM LETTEN**
                                **UNITED STATES ATTORNEY**

BY: _____
      SANDRA E. GUTIERREZ
      **Assistant United States Attorney**
      LA Bar #17888
      Hale Boggs Federal Building
      501 Magazine Street, 2nd Floor
      New Orleans, Louisiana 70130
      Telephone: (504) 680-3124

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 1st day of May, 2001.

_____
SANDRA E. GUTIERREZ

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RESHONE M. STEWART | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | * | JUDGE CLEMENT |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | * | MAGISTRATE WILKINSON |

\* \* \*

## ORDER

Considering the foregoing **Motion for Leave to File Defendant's Second Amended Witness and Exhibit List;**

**IT IS ORDERED** that the defendant, William J. Henderson, Postmaster General, be and is hereby granted leave to file the attached Defendant's Second Amended Witness and Exhibit List in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the attached Amended Witness and Exhibit List into the record in these proceedings.

SIGNED IN CHAMBERS, New Orleans, Louisiana, this 3rd day of May, 2001.

_____
UNITED STATES MAGISTRATE JUDGE