

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART            CIVIL ACTION

versus

                                        JUDGE CLEMENT
WILLIAM J HENDERSON,       MAG. WILKINSON
    POSTMASTER GENERAL      NO. 00-0114 N/2

### OBJECTION TO DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Plaintiff objects to defendant's proposed jury instructions nos. 1 and 9.

As to Proposed Instruction No.1, plaintiff objects to the inclusion of any facts whatsoever. Moreover, the court's Minute Entry (Record doc. 28) suggests that the 45-day time-bar issue boils down to equitable tolling[1] which is for the court, not the jury, to decide.

As to Proposed Instruction No. 9, the use of the terms "proof of actual injury" without more of the explanatory material from *Carey* is confusing. Plaintiff suggests that the following language also be included:

> We use the term "distress" to include mental suffering or emotional anguish. Although essentially subjective, genuine

---

[1] "Material fact disputes ...have been established, including whether plaintiff is entitled to equitable tolling concerning her untimely (sic) EEO complaint...."

injury in this respect may be evidenced by one's conduct and observed by others. *Carey v. Piphus*, 435 U.S. 247, 264; 98 S.Ct. 1042, 1052, n. 20.

Respectfully submitted,

*/s/ Courtney Wilson*

J Courtney Wilson 13561
210 Baronne
New Orleans, La. 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served by mail / FAX
all Counsel of Record
5/16/01  J. C. Wilson
          Attorney at Law