FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 17  AM 11: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART                      CIVIL ACTION

versus

                                       JUDGE CLEMENT
WILLIAM J HENDERSON,                   MAG. WILKINSON
     POSTMASTER GENERAL                NO. 00-0114 N/2

## MOTION AND MEMORANDUM FOR EXPEDITED HEARING

Plaintiff moves for an expedited hearing on her motion to amend the pre-trial order on the grounds that trial is May 21, 2001 and there is not sufficient time to be heard before then on the regular docket.

Respectfully submitted,

J Courtney Wilson 13561
210 Baronne
New Orleans, La. 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this pleading has been served on all Counsel of Record
5/16/01  [signature]  MAIL FAX

## ORDER

IT IS ORDERED that plaintiff be granted an expedited hearing on her motion for leave to amend the pre-trial order on the _____ day of May, 2001 at _____ by telephone.

*Dismissed as moot. This case has settled.*

5-18-01

New Orleans, La., this _____ day of May, 2001.

DATE OF ENTRY
MAY 2 1 2001