

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M STEWART | CIVIL ACTION |
| versus | |
| WILLIAM J HENDERSON, POSTMASTER GENERAL | JUDGE CLEMENT<br>MAG. WILKINSON<br>NO. 00-0114 N/2 |

## MOTION AND MEMORANDUM FOR LEAVE TO AMEND PRE-TRIAL ORDER

Plaintiff moves for leave to amend her pre-trial order in the following respects:

1. **To change Keante Joseph from a rebuttal witness to a case-in-chief witness.** Ms Joseph was finally located and her correct name determined to be Chianti Jones. Before the deposition (May 15, 2001) and pre-trial conference it was anticipated that she would testify that she had a relationship off-site with Arthur Pierce, the alleged harasser. That testimony did not develop. However, she did testify that he had repeatedly propositioned her from the summer of 1997 to the summer of 1998 (overlapping with plaintiff) in some of the same terms which he used with plaintiff and that she complained to her supervisor, Laurie Staley.

Ms Jones' testimony is sought in the main case because it will show an harassing environment; notice to the employer; and, unless Ms Staley testifies that she spoke to Pierce and contradicts him, failure of the employer to bring this complaint to the attention of the alleged harasser. If Ms Staley testifies that she did not speak to Pierce, this testimony will tend to defeat the employer's affirmative defense. If she testifies that she did, her testimony will impeach the expected testimony of Pierce that he was never counseled about sexual harassment.

2.  **To add Laurie Staley as a main-case witness**. She is sought to be added as a result of the deposition of Ms Jones and for the reasons suggested above.

3.  **To add Eddie Smith as a main-case witness**. Plaintiff has testified that she complained about Pierce's sexual harassment early in her employment to a union steward, Seymour Price. However, in his deposition on May 15, 2001, Mr Price denied that plaintiff had ever complained to him about Pierce and sexual harassment. Mr Price also claimed that he had a conference with Eddie Smith and plaintiff in which he told them that she had never made such a claim. Mr Smith will corroborate her complaint and contradict the claim of a meeting. The need for his testimony could not have been foreseen and is relevant to the main case.

4.  **To add Kena Catching as a main-case witness**. She will testify that during the period in question Pierce made remarks to her like those he made to plaintiff and Ms Jones. Her testimony will therefore support a hostile environment and impeach

Pierce. She was not identified until Ms Jones deposition.

Respectfully submitted,

*J. Courtney Wilson*

J. Courtney Wilson 13561
210 Baronne
New Orleans, La. 70112
525-4361

**CERTIFICATE OF SERVICE**
I certify a copy of this Pleading was served on all Counsel of Record

5/16/01  J. C. Wilson
Attorney at Law

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RESHONE M STEWART                    CIVIL ACTION

versus
                                     JUDGE CLEMENT
WILLIAM J HENDERSON,                 MAG. WILKINSON
    POSTMASTER GENERAL               NO. 00-0114 N/2

## NOTICE OF HEARING

PLEASE TAKE NOTICE that plaintiff will bring on her motion for leave to amend the pre-trial order on the _____ day of May, 2001 at _____ before the Magistrate Judge.

Respectfully submitted,

J. Courtney Wilson 13561
210 Baronne
New Orleans, La. 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served on all Counsel of Record by first class mail
5/16/01  J. C. Wilson
         Attorney at Law