

MINUTE ENTRY
WILKINSON, M.J.
MAY 21, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   (1) Plaintiff's Motion for Expedited Hearing
(2) Plaintiff's Motion for Leave to Amend Pretrial Order

O R D E R E D:

(1), (2)   DISMISSED AS MOOT: The captioned case has settled and plaintiff's motions are moot.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 21 2001

Fee_____
Process____
X Dktd____
___CtRmDep
Doc.No.____