Case 2:00-cv-00114-EBC-JCW    Document 59    Filed 05/21/2001    Page 1 of 1



MINUTE ENTRY
WILKINSON, M.J.
MAY 21, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RESHONE M. STEWART | CIVIL ACTION |
| VERSUS | NO. 00-114 |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | SECTION "N" (2) |

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the recorded proceedings conducted on May 18, 2001 in the above-captioned case and hold same UNDER SEAL pursuant to the parties' confidentiality agreement. The tape may not be released and no transcript of the proceedings shall be made except upon motion for good cause shown, noticed to all parties and order of the court.

                                                  JOSEPH C. WILKINSON, JR.
                                                UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 2 1 2001