

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 17 PM 4:31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | **CIVIL ACTION** |
| | * | **NUMBER: 00-0114 "N" (2)** |
| v. | * | **JUDGE CLEMENT** |
| **WILLIAM J. HENDERSON, POSTMASTER GENERAL** | * | **MAGISTRATE WILKINSON** |
| | * * * | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the above entitled and numbered action be dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ___17___ of July, 2001.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

SANDRA E. GUTIERREZ
Assistant United States Attorney

DATE OF ENTRY
JUL 1 9 2001

___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

La Bar Roll # 17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124

Attorney for Defendant,
William J. Henderson, Postmaster
General, USPS


_____
J. COURTNEY WILSON  (#13561)
First NBC Building
210 Baronne St., Suite 1800
New Orleans, LA  70112-1720
Telephone: (504) 525-4361

Attorney for Plaintiff,
Reshone M. Stewart

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON,** **POSTMASTER GENERAL** | * | MAGISTRATE WILKINSON |

* * *

### ORDER

Considering the foregoing, _and per 28 U.S.C. § 636(c)_,

**IT IS HEREBY ORDERED** that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Signed in Chambers, New Orleans, Louisiana, this ___18th___ day of July, 2001.

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESHONE M. STEWART** | * | CIVIL ACTION |
| | * | NUMBER: 00-0114 "N" (2) |
| v. | * | JUDGE CLEMENT |
| **WILLIAM J. HENDERSON, POSTMASTER GENERAL** | * | MAGISTRATE WILKINSON |
| | * * * | |

## JUDGMENT

In accordance with the Stipulation of Dismissal and Order of this Court,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above captioned case be dismissed with prejudice, each party to bear its own costs.

Signed in Chambers, New Orleans, Louisiana, this _____ day of July, 2001.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE